Court of Errors of the State of Connecticut. Submitted December 5, 1912. Decided December 16, 1912. *Per Curiam:* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien,* 199 U. S. 100. *Mr. Ernest L. Averill* for the plaintiff in error. *Mr. E. P. Arvine* for the defendant in error.

No. 70. ADDISON SHIP-Y-TUCK, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the District Court of the United States for the District of Kansas. Submitted December 5, 1912. Decided December 16, 1912. *Per Curiam:* Judgment affirmed upon the authority of *Hallowell* v. *The United States,* 221 U. S. 317. *Mr. F. T. Woodburn* and *Mr. A. E. Crane* for the plaintiff in error. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the defendant in error.

No. 73. ISAAC A. MANSOUR, APPELLANT, *v.* THE UNITED STATES. Appeal from the District Court of the United States for the Southern District of New York. Argued December 6, 1912. Decided December 16, 1912. *Per Curiam:* Judgment affirmed. *Mr. Paul Armitage, Mr. Walter S. Penfield* and *Mr. William L. Penfield* for the appellant. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the appellee.

No. 199. GEORGE FRED WILLIAMS, EXECUTOR OF THE ESTATE OF AMEY M. STARKWEATHER, PLAINTIFF IN ERROR, *v.* JOSEPH U. STARKWEATHER, ADMINISTRATOR, ETC. In error to the Supreme Court of the State of Rhode Island. Motion to dismiss or affirm submitted December 9, 1912. Decided December 16, 1912. *Per Curiam:*